**June TONEY, Plaintiff–Appellant,**

v.

**L'OREAL U.S.A., INC., The Wella Corporation, and Wella Personal Care of North America, Inc., Defendants–Appellees.**

**No. 03–2184.**

United States Court of Appeals, Seventh Circuit.

Feb. 3, 2005.

Thomas J. Westgard, Chicago, IL, for Plaintiff–Appellant.

John S. Letchinger, Wildman, Harrold, Allen & Dixon, Daniel M. Feeney, Miller, Shakman & Hamilton, Chicago, IL, for Defendants–Appellees.

Before KANNE, Circuit Judge, EVANS, Circuit Judge, WILLIAMS, Circuit Judge.

---

## ORDER

PER CURIAM.

Upon consideration of the petition for rehearing and petition for rehearing *en banc,* filed on October 1, 2004, by plaintiff-appellant,

IT IS ORDERED that the petition for rehearing is GRANTED and the opinion and judgment issued on September 21, 2004, are VACATED.

Further, supplemental briefing is ORDERED and should be directed to the following question: Should *Baltimore Orioles, Inc. v. Major League Baseball Players Ass'n,* 805 F.2d 663, 674–79 (7th Cir. 1986) remain the controlling law in this circuit in light of *Brown v. Ames,* 201 F.3d 654 (5th Cir.2000); *Landham v. Lewis Galoob Toys, Inc.,* 227 F.3d 619 (6th Cir. 2000); and, *Downing v. Abercrombie & Fitch,* 265 F.3d 994 (9th Cir.2001)?

The supplemental briefs are limited to 15 pages. The supplemental briefs of the appellant and appellees are due by February 24, 2005.